IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER MICHELLE ALLEN
*on behalf of her minor child*                                                    PLAINTIFF

vs.                                     Civil No. 4:25-cv-04095

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                          DEFENDANT

## MEMORANDUM OPINION

Before the Court is Plaintiff's Complaint.  ECF No. 1.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

### 1. Background:

On November 14, 2025, Plaintiff filed a Complaint appealing the Commissioner's final administrative decision denying her claim, on behalf of her minor child, for disability benefits. ECF No. 1.   On January 13, 2026, Defendant filed the Social Security Transcript of the administrative proceedings and answered Plaintiff Complaint.  ECF No. 6.

On January 14, 2026, this Court entered a Text Only Social Security Scheduling Order directing Plaintiff to file a brief within 30 days of the date of the filing of the transcript.  ECF No. 7.  The Order specifically stated Plaintiff's brief was due by February 13, 2026.  The Order placed Plaintiff on notice that "Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute."  *Id.*  Plaintiff failed to file her brief by this deadline.

On March 17, 2026, this Court ordered Plaintiff to show cause why the Court should not dismiss this case due to Plaintiff's failure to prosecute this action, comply with an order of the

1

Court, and file an appeal brief.  ECF No. 8.  Plaintiff was to respond no later than March 31, 2026.

*Id.*  Plaintiff has failed to respond to this Court Order and has not filed her appeal brief.

### 2. Conclusion:

Based on the foregoing, the undersigned finds the Plaintiff has failed to show cause why the action against Defendant Social Security Administration should not be dismissed without prejudice for failure to prosecute.  Accordingly, the Court **DISMISSES** Plaintiff's Complaint without prejudice for failure to comply with an order of the Court and failure to prosecute this action.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 3rd day of April 2026.**

/s/ *Spencer G. Singleton*
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

2